14 JUL 22 AM 10:59

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Crim. No. 14CR1488-CAB |
|---|---|
| Plaintiff, | ) ORDER GRANTING MOTION TO DISMISS |
|  | ) THE INDICTMENT WITHOUT PREJUDICE |
| v. | ) and JUDGMENT OF DISMISSAL |
| CARLOS ALBERTO ESTRELLA (1), | ) |
| Defendant. | ) |

**ORDER**

Pursuant to the Government's Motion, IT IS HEREBY ORDERED that the Indictment shall be dismissed without prejudice. The case is dismissed in its entirety. The court shall issue an abstract for the release of the defendant forthwith.

SO ORDERED.

DATED: 7/22/14

THE HONORABLE CATHY ANN BENCIVENGO
United States District Judge

1